**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 4, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00381-CV
_____

**ADIL SHARIF, Appellant**

**V.**

**SALAH AL NASER AND DHEYAA ALMUTTAIRI, Appellees**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-86366**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 13, 2022. On September 12, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.